IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sarat, Mariusz R | Case Number: 08 B 04019 |
| Sarat, Marzena | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 2/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 14, 2008
Confirmed: May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,595.00 | |
| Secured: | | 1,491.33 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 103.67 |
| Other Funds: | | 0.00 |
| Totals: | 1,595.00 | 1,595.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Harris Trust & Savings Bank | Secured | 12,533.41 | 740.23 |
| 4. | Citizens Bank | Secured | 12,454.63 | 751.10 |
| 5. | Cook County Treasurer | Secured | 1,873.60 | 0.00 |
| 6. | Washington Mutual Bank FA | Secured | 28,352.34 | 0.00 |
| 7. | CitiMortgage Inc | Secured | 6,389.76 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 35.40 | 0.00 |
| 9. | Citizens Bank | Unsecured | 10.07 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 413.86 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 583.30 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 61.91 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 386.24 | 0.00 |
| 14. | Target National Bank | Unsecured | 92.14 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,612.39 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 142.62 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 108.73 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 136.05 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 157.29 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 94.32 | 0.00 |
| 21. | Wells Fargo Financial Illinois Inc | Unsecured | 34.48 | 0.00 |
| 22. | Chase | Unsecured | 205.04 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 779.85 | 0.00 |
| 24. | Jefferson Capital Systems LLC | Unsecured | 619.67 | 0.00 |
| 25. | Resurgent Capital Services | Unsecured | 80.79 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sarat, Mariusz R | Case Number: 08 B 04019 |
| | Sarat, Marzena | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 2/22/08 |

| 26. | Resurgent Capital Services | Unsecured | 87.24 | 0.00 |
| 27. | GE Money Bank | Unsecured | 64.12 | 0.00 |
| 28. | Carsons | Unsecured | | No Claim Filed |
| 29. | Victoria's Secret | Unsecured | | No Claim Filed |

$ 69,309.25         $ 1,491.33

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 103.67 |

$ 103.67

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

